[No. 56555-9-I.   Division One.   May 30, 2006.]

*In the Matter of the Marriage of* SUSAN N. STALLMAN, *Respondent,* and DONALD R. STALLMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 01-3-03617-7, Laura C. Inveen, J., entered July 6, 2005. *Reversed* by unpublished opinion per Coleman, J., concurred in by Appelwick, C.J., and Agid, J. Now published at 134 Wn. App. 254.

[No. 56725-0-I.   Division One.   May 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RASHID ALI HASSAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-00482-5, Douglass A. North, J., entered July 19, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 23957-8-III.   Division Three.   May 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. LOUIS L. HANSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-02874-5, Neal Q. Rielly, J., entered March 11, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kato, JJ.

[No. 23971-3-III.   Division Three.   May 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. GLENN JOSEPH BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00828-3, Vic L. VanderSchoor, J., entered March 25, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Schultheis, J.